```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
       CIVIL DOCKET ENTRIES FOR CASE F00-0006--CV (JWS)
          "JOSEPH M. LETARTE V ALASKA AIRLINES INC ET AL"

       Including terminated parties, excluding terminated counsel
```

```
  Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
  Magistrate Judge:
     Referral Rule:
             Filed: 02/09/00
            Closed: 05/09/02

      Jurisdiction: (3) Federal Question (US Govt not a Party)
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (442) Jobs

            Origin: (2) Removed from State Court
            Demand:
        Filing fee: Paid $150.00 on 02/09/00 receipt # 00111281
          Trial by:
```

Parties of Record:                         Counsel of Record:

PLF 1.1           LETARTE, JOSEPH          Michael J. Walleri
                                           330 Wendell Street, Suite E
                                           Fairbanks, AK 99701
                                           907-452-4716
                                           FAX 907-452-4725

DEF 1.1           ALASKA AIRLINES INC      Douglas S. Parker
                                           Preston Gates & Ellis
                                           420 L Street, Suite 400
                                           Anchorage, AK 99501-1937
                                           907-276-1969
                                           FAX 907-276-1365

DEF 2.1           INTERNATIONAL ASSOC OF MACHINISTS   Dennis P. Murphy
                  & AEROSPACE WORKERS                 Law Office of Dennis P. Murphy
                                                     POB 1826
                                                     Bellingham, WA 98227-1826
                                                     360-671-7900
                                                     FAX 360-671-7920

                                           David Campbell
                                           Schwerin Campbell et al
                                           18 W. Mercer Street, Suite 400
                                           Seattle, WA 90119

                                           Dmitri Iglitzin
                                           Schwerin Campbell et al
                                           18 W. Mercer Street, Suite 400
                                           Seattle, WA 98119
                                           206-285-2828

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CIVIL DOCKET ENTRIES FOR CASE F00-0006--CV (JWS)
                       "JOSEPH M. LETARTE V ALASKA AIRLINES INC ET AL"

                                    For all filing dates
```

```
  Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
 Magistrate Judge:
    Referral Rule:
            Filed: 02/09/00
           Closed: 05/09/02

     Jurisdiction: (3) Federal Question (US Govt not a Party)
    PLF Diversity:
    DEF Diversity:

   Nature of Suit: (442) Jobs

           Origin: (2) Removed from State Court
           Demand:
       Filing fee: Paid $150.00 on 02/09/00 receipt # 00111281
         Trial by:
```

| Document # | Filed | Docket text |
|---|---|---|
| 1 - 1 | 02/09/00 | DEF 1 Notice of Removal. |
| 2 - 1 | 02/09/00 | DEF 1 Notice to plaintiff of filing of notice of removal. |
| 3 - 1 | 02/09/00 | DEF 1 Notice of filing pleadings. |
| 4 - 1 | 02/09/00 | DEF 1 Service List. |
| 5 - 1 | 02/09/00 | DEF 1 Affidavit of service. |
| 6 - 1 | 02/24/00 | Minute Order to petitioner subsequent to removal. cc: cnsl. |
| 7 - 1 | 03/13/00 | PLF 1 motion to remand w/att memo. |
| 8 - 1 | 03/28/00 | DEF 1 opposition to PLF 1 motion to remand (7-1) w/att exhs. |
| 9 - 1 | 03/31/00 | DEF 1 Certificate of service of oppo re: PLF 1 motion to remand (7-1) . |
| 10 - 1 | 03/31/00 | DEF 1 Answer to Complaint. |
| 11 - 1 | 04/10/00 | DEF 1 reply to opposition to PLF 1 motion to remand. (7-1) |
| 12 - 1 | 04/25/00 | JWS Order that parties to confer & file appropriate status report or stipulation within 10 days addresssing 2 questions stated; court will rule on #7 at that time or require further briefing as appropriate. cc: cnsl |
| 13 - 1 | 05/04/00 | DEF 1 Status rpt in Response to Order (12-1) w/att & exhs. |
| 14 - 1 | 05/04/00 | PLF 1 Status report in Response to Order (12-1). |
| 15 - 1 | 05/24/00 | JWS Order denying motion to remand (7-1). cc: cnsl |
| 16 - 1 | 05/24/00 | JWS Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is due w/i 21 days. cc: cnsl |
| 17 - 1 | 06/05/00 | PLF 1 motion for reconsideration of order denying remand w/att memo and aff. |

```
               UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CIVIL DOCKET ENTRIES FOR CASE F00-0006--CV (JWS)
                    "JOSEPH M. LETARTE V ALASKA AIRLINES INC ET AL"

                                  For all filing dates

Document #   Filed      Docket text


  18 -   1   06/08/00   JWS Order denying motion for reconsideration (17-1). cc: cnsl

  19 -   1   06/14/00   DEF 1 Initial case status report.

  20 -   1   06/14/00   PLF 1 Initial case status report.

  21 -   1   06/19/00   JWS Scheduling and Planning Order setting pretrial ddlns: Original disc
                        04/20/01; Disp mots ddln 05/20/01. cc: cnsl

  22 -   1   07/14/00   PLF 1 motion for leave to amend complaint and add parties w memorandum
                        in support.

  23 -   1   07/21/00   Stipulation to allow def to amend ans w/att prop amended ans.

  23 -   2   07/24/00   JWS Order approving stip. cc: cnsl

  24 -   1   07/24/00   DEF 1 Answer (Amended).

  25 -   1   08/07/00   JWS Order granting mot for leave to amend cmplt and add parties (22-1);
                        plf to complete svc on parties added by 8/31/00. cc: cnsl

  26 -   1   08/07/00   PLF 1 Complaint (Amended).

NOTE -   1   08/24/00   Issued: Summons re: D-2.

  27 -   1   08/24/00   JWS Minute Order that plf require DEF 1 ans amended cmplt or apply for
                        dft w/i 20 days. cc: cnsl

  28 -   1   08/29/00   PLF 1 motion for default judgment for failure to answer amended
                        complaint.

  29 -   1   08/29/00   PLF 1 Request for hearing re: PLF 1 motion for default judgment for
                        failure to answer amended complaint (28-1).

  30 -   1   08/30/00   DEF 1 Answer to Amended Complaint.

  31 -   1   08/31/00   DEF 1 opposition to PLF 1 motion for default judgment for failure to
                        answer amended complaint (28-1).

  32 -   1   08/31/00   PLF 1 Return of Service Executed on Local 601, International Assoc of
                        Machinists and Areospace Workers on 08/29/00.

  33 -   1   09/15/00   JWS Minute Order denying motion for default judgment (28-1); request at
                        #29 for hearing is denied as moot. cc: cnsl

  34 -   1   09/18/00   DEF 2 Attorney Appearance by Dennis Murphy.

  35 -   1   09/18/00   DEF 2 Unopposed Motion to extend date to file answer to Amended
                        Complaint to 09/25/00.

 35A-   1   09/19/00   PLF 1 non-opposition to mot for extension of time to file answer.

  36 -   1   09/21/00   JWS Order granting unopp mot; time for svc of process is extended to
                        9/25/00. cc: cnsl

  37 -   1   09/25/00   DEF 2 Answer to Amended Complaint.
```

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
       CIVIL DOCKET ENTRIES FOR CASE F00-0006--CV (JWS)
         "JOSEPH M. LETARTE V ALASKA AIRLINES INC ET AL"

                        For all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 38 - 1 | 11/15/00 | DEF 2 motion for admission of David Campbell Pro Hac Vice w/aff in support and proposed order. |
| 39 - 1 | 11/22/00 | JKS Order granting motion for admission of David Campbell Pro Hac Vice (38-1). cc: cnsl, D. Campbell |
| 40 - 1 | 12/19/00 | PLF 1; DEF 1-2 Stipulation to amend S&P order to extend disc deadlines uniformly by 2 months. |
| 41 - 1 | 12/27/00 | DEF 2 motion for admission of Dmitri Iglitzin pro hac vice w affidavits of Dennis Murphy and D. Iglitzin in support. |
| 40 - 2 | 01/02/01 | JWS Order setting the following dates: Discovery to close 06/30/01; Dispositive motions deadline 07/30/01. cc: cnsl |
| 42 - 1 | 01/04/01 | JWS Order specially admitting D. Iglitzin pro hac vice. cc: cnsl, D. Iglitzin |
| 42A- 1 | 03/12/01 | PLF 1 Final Revised Witness List. |
| 43 - 1 | 03/13/01 | DEF 1 Final Witness List. |
| 44 - 1 | 04/10/01 | DEF 2 motion for summary judgment w memo and exhibits A-K in support. |
| 45 - 1 | 04/18/01 | PLF 1 motion to extend deadline for oppo to summary judgment for 20 days. |
| 46 - 1 | 05/04/01 | PLF 1 Unopposed Motion to extend deadline for oppo to mot for summary judgment for 10 days. |
| 47 - 1 | 05/11/01 | JWS Order granting motion to extend deadline for oppo to summary judgment (45-1) to 5/14/01. cc: cnsl |
| 48 - 1 | 05/17/01 | JWS Order granting unoppo mot for ext of time; plf oppo to def's mot for sj due 5/24/01. cc: cnsl |
| 49 - 1 | 05/24/01 | PLF 1 opposition to DEF 2 motion for summary judgment (44-1) w exhibits 1-10 attached. |
| 50 - 1 | 06/18/01 | DEF 1-2 reply to opposition to DEF 2 motion for summary judgment w memo in support (44-1). |
| 51 - 1 | 06/29/01 | JWS Order denying motion for summary judgment (44-1). cc: cnsl |
| 52 - 1 | 07/25/01 | PLF 1 Unopposed motion to extend dispositive motions to 08/29/01 w memorandum in support. |
| 53 - 1 | 07/31/01 | JWS Order granting unoppo mot to extend disp mots to 08/29/01 (52-1). cc: cnsl |
| 54 - 1 | 08/27/01 | PLF 1 Unopposed motion to extend deadline for filing dispositive motions an additional 30 days to 09/28/01 w memo in support. |
| 55 - 1 | 08/30/01 | DEF 1 non-opposition to PLF 1 Unopposed motion to extend deadline for filing disp mots an addtl 30 days to 09/28/01 (54-1). |

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
         CIVIL DOCKET ENTRIES FOR CASE F00-0006--CV (JWS)
            "JOSEPH M. LETARTE V ALASKA AIRLINES INC ET AL"

                          For all filing dates


Document #    Filed      Docket text

   56 -  1   09/05/01   JWS Order granting unoppo mot to extend deadline for filing disp mots by
                        9/28/01 (54-1). cc: cnsl

   57 -  1   09/19/01   PLF 1 Unopposed motion to extend dispositive mot deadline to 11/30/01 w
                        memo in support.

   58 -  1   09/25/01   JWS Order granting Unopposed motion to extend dispositive mot deadline
                        to 11/30/01 (57-1). cc: cnsl

   59 -  1   09/25/01   DEF 2 motion for leave to file amended ans w memo, declaration of M
                        Boderstadt, declaration of cnsl Iglitzin & exhibits A-E in support.

   60 -  1   10/09/01   DEF 1 opposition to DEF 2 motion for leave to file amended answer (59-1)
                        w/att aff.

   61 -  1   10/09/01   PLF 1 motion to dismiss Alaska Airlines w/proposed order.

   62 -  1   10/09/01   PLF 1 non-opposition to DEF 2 motion for leave to file amended ans.
                        (59-1)

   63 -  1   10/15/01   DEF 1 joinder to PLF 1 motion to dismiss Alaska Airlines (61-1).

   64 -  1   10/16/01   Stipulation extending deadline for filing dispositive motions until 30
                        days after crt ruling on DEF 2 mot to amend ans.

   64 -  2   10/17/01   JWS Order approving stip extending ddln for filing disp mots until 30
                        days after crt rules on DEF 2 mot to amend ans (64-1). cc: cnsl

   65 -  1   10/17/01   DEF 2 reply to opposition to DEF 2 motion for leave to file amended ans
                        w memo. (59-1)

   66 -  1   10/22/01   DEF 2 opposition to PLF 1 motion to dismiss Alaska Airlines. (61-1)

   67 -  1   10/31/01   PLF 1 reply to opposition to PLF 1 motion to dismiss Alaska Airlines
                        w/proposed order (61-1).

   68 -  1   11/14/01   JWS Order denying w/o prej mot to dismiss Alaska Airlines (61-1);
                        granting mot for leave to file amended ans (59-1). cc: cnsl

   69 -  1   11/14/01   DEF 2 Answer (Amended).

   69 -  2   11/14/01   DEF 2 Crossclaim (Amended) against Alaska Airlines for damages, costs,
                        attorney fees if judgment against Def 2 is entered.

   70 -  1   12/10/01   DEF 2 Second motion for summary judgment w memo in support, declarations
                        of Bodenstadt, Otto and Lglitzin, and exhibits A-D.

   71 -  1   12/14/01   DEF 1 Unopposed motion for ext of time until 30 days after crt rules on
                        DEF 2 mot for sj.

   72 -  1   12/14/01   PLF 1 Unopposed motion to extend dispositive mot deadline by thirty days
                        w memo in support.

   71 -  2   12/17/01   JWS Order granting DEF 1 unoppo mot for ext of time until 30 days after
                        crt rules on DEF 2 mot for sj to file sj mot (71-1). cc: cnsl
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CIVIL DOCKET ENTRIES FOR CASE F00-0006--CV (JWS)
                    "JOSEPH M. LETARTE V ALASKA AIRLINES INC ET AL"

                                   For all filing dates


 Document #   Filed       Docket text

     73 -  1  12/21/01    JWS Order granting unoppo mot to extend disp mot deadline by thirty days
                          (72-1); plf may file cross mot for sj w/oppo to DEF 2 mot for sj. cc:
                          cnsl

     74 -  1  12/26/01    PLF 1 motion (cross) for summary judgment w memorandum in support and
                          exhibits 1-13 attached.

     74 -  2  12/26/01    PLF 1 opposition to DEF 2 Second motion for summary judgment (70-1).

     75 -  1  12/26/01    PLF 1 Request for Oral Argument re: DEF 2 Second motion for summary
                          judgment  (70-1) and PLF 1 motion (cross) for summary judgment (74-1).

     76 -  1  01/07/02    DEF 2 reply to opposition to DEF 2 Second motion for summary judgment
                          (70-1).

     76 -  2  01/07/02    DEF 2 opposition to PLF 1 motion (cross) for summary judgment (74-1).

     77 -  1  01/10/02    JWS Minute Order setting o/a on cross-mots for sj at dkt 70 and 74 for
                          2/4/02 at 8:30 a.m. at Fairbanks; 15 min per side. cc: cnsl, ECR,
                          Divisional Deputy

     78 -  1  01/14/02    PLF 1 motion to extend deadline for reply w/memo & prop ord.

     79 -  1  01/16/02    PLF 1 withdrawal of mot for ext to file reply on SJ at dkt #78.

     79 -  2  01/16/02    Clerk's Notice withdrawing motion to extend deadline for reply (78-1).

     80 -  1  01/16/02    PLF 1 reply to DEF 2 oppo to PLF 1 mot (cross) for sj (74-1).

     81 -  1  01/17/02    DEF 1 motion for telephonic participation in oral argument on 2/4/02.

     82 -  1  01/22/02    JWS Order granting motion for telephonic participation in oral argument
                          on 2/4/02 (81-1). cc: cnsl

     83 -  1  01/24/02    JWS Prelim Order re: mots for sj at dkts 70 (should be granted) and 74
                          (should be denied). cc: cnsl

     84 -  1  02/05/02    JWS Court Minutes [ECR: Denali Elmore] from O/A held 02/04/02 taking
                          under advisement motion for summary judgment (70-1), motion (cross) for
                          summary judgment (74-1). cc: cnsl

     85 -  1  02/13/02    JWS Order denying motion (cross) for summary judgment (74-1); granting
                          motion for summary judgment (70-1). cc: cnsl

     86 -  1  02/20/02    JWS Judgment that the plaintiff take nothing, that the action be
                          dismissed on the merits, and that the defendant International
                          Association of Machinists and Aerospace Workers recover of the plaintiff
                          costs of this action.  cc: cnsl

     87 -  1  03/15/02    DEF 1 unopposed motion to extend time to file dispositive motion on
                          Union's crossclaim

     88 -  1  03/15/02    PLF 1 appeal to 9CCA of (85-1) filed 02/13/02, (86-1) filed 02/20/02.
                          cc:cnsl, Judge, 9CCA

     87 -  2  03/26/02    JWS Order granting motion to extend time to file disp mot on Union's
                          crossclaim (87-1); disp mots due 4/15/02. cc: cnsl

 ACRS: R_VDSDX              As of 12/01/05 at 3:52 PM by GARRY                         Page 5
```

```
             UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CIVIL DOCKET ENTRIES FOR CASE F00-0006--CV (JWS)
                     "JOSEPH M. LETARTE V ALASKA AIRLINES INC ET AL"

                                  For all filing dates

Document #   Filed      Docket text
_____   _____      _____

  89 -   1   03/28/02   DEF 2 Cross-appeal to 9CCA of (51-1) filed 06/29/01. cc: cnsl, Judge,
                        9CCA

NOTE -   2   03/29/02   Transmittal: Forwarded notice of appeal (89-1) to 9CCA w original CADS
                        statement attached.

  90 -   1   04/15/02   DEF 1 motion for summary judgment on Union's cross-claim w/att aff.

  91 -   1   04/29/02   PLF 1 opposition to DEF 1 motion for summary judgment on Union's
                        cross-claim  (90-1) w declaration and exhibits A-F in support.

  92 -   1   05/08/02   DEF 1 reply to opposition to DEF 1 motion for summary judgment on
                        Union's cross-claim (90-1).

  93 -   1   05/09/02   JWS Order denying without prejudice motion for summary judgment on
                        Union's cross-claim (90-1).  cc: cnsl

  94 -   1   05/28/02   9CCA Final Order/Mandate re: notice of appeal (88-1), (89-1) that the
                        appeal and cross appeal are dismissed w/o prejudice to filing a new
                        appeal from an appealabble order.  cc: cnsl, Judge Sedwick

  95 -   1   11/20/02   DEF 2 motion for Entry of Final Judgment Pursuant to
                        Fed.R.Civ.Pro.54(b).

  96 -   1   11/21/02   PLF 1 non-opposition to DEF 2 motion for Entry of Final Judgment
                        Pursuant to Fed.R.Civ.Pro.54(b) (95-1) .

  97 -   1   12/20/02   JWS Order granting motion for Entry of Final Judgment Pursuant to
                        Fed.R.Civ.Pro.54(b). cc: cnsl

  98 -   1   12/20/02   JWS Minute Order that parties file stat rpt by 1/31/03 advising whether
                        remaining clm should be stayed or dism w/o prej to refiling if plf
                        prevails on appeal. cc: cnsl

  99 -   1   12/20/02   JWS Judgment that PLF 1 take nothing from DEF 2 and DEF 2 recover costs.
                        Taxation added to judgment and redistributed 9-14-04. cc: cnsl, O&J

  99A-   1   01/16/03   PLF 1 appeal to 9CCA of (97-1) filed 12/20/02, (99-1) filed 12/20/02.
                        cc:cnsl, Judge, 9CCA

 100 -   1   01/17/03   DEF 1 Status Report re: Union's cross-claim.

 101 -   1   01/22/03   JWS Minute Order staying proceedings pending ruling by 9CCA; status
                        report due 8/1/03 if mandate not issued prior. cc: cnsl

NOTE -   3   01/28/03   Transmittal: Forwarded notice of appeal (99A-1) to 9CCA.

 102 -   1   01/30/03   DEF 2 cross-appeal to 9CCA of (51-1) filed 06/29/01. cc:cnsl, Judge,
                        9CCA

 103 -   1   01/30/03   DEF 2 Statement of representationfor purposes of appeal.

NOTE -   4   02/11/03   Transmittal: Forwarded notice of appeal (102-1) to 9CCA w CADS Statement
                        annd representation statement attached

 104 -   1   02/25/03   PLF 1 Transcript Designation/Order Form.  cc: ECR.


ACRS: R_VDSDX                 As of 12/01/05 at 3:52 PM by GARRY                        Page 6
```

```
                   UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                          CIVIL DOCKET ENTRIES FOR CASE F00-0006--CV (JWS)
                         "JOSEPH M. LETARTE V ALASKA AIRLINES INC ET AL"

                                       For all filing dates


 Document #   Filed       Docket text

   105 -  1   02/28/03    Cy 9CCA Time Schedule Order (99A-1);Opening brief due 05/05/03, response
                          06/03/03.  cc:cnsl

   106 -  1   03/19/03    Transcript of o/a on cross-mots for sj (dkts 70 and 74) held 2/4/02.

   107 -  1   06/12/03    DEF 1 motion for withdrawal by attorney Thomas M. Daniel and Douglas S.
                          Parker will substitute in as counsel for Def Alaska Airlines, Inc.

   107 -  2   06/13/03    Order granting motion for withdrawal by attorney Thomas M. Daniel and
                          Douglas S. Parker will substitute in as counsel for Alaska Airlines,
                          Inc.  (107-1).  cc: cnsl

   108 -  1   08/21/03    DEF 2 Report re: Status.

  NOTE -  5   06/09/04    Transmittal: Forwarded D.C. record to 9CCA consisting of 5 volumes to
                          Stacy Brebner, 9CCA, Seattle.

   109 -  1   08/26/04    Cert cy 9CCA Judgment re: notice of appeal (99A-1), (102-1) that the
                          district court's decision is affirmed. Cert cy Cost bill and memorandum
                          attached. cc: cnsl

   110 -  1   09/15/04    JWS Minute Order that stat rpt or closing papers due 9/27/04. cc: cnsl

   111 -  1   09/24/04    DEF 1 Unopposed motion for extension of time.

   112 -  1   09/30/04    JWS Order granting Unopposed motion for extension of time until 10/8/04
                          to file closing papers or status report (111-1).  cc: cnsl

   113 -  1   10/08/04    DEF 1 Unopposed motion for 14-day extension of time to file closing
                          papers or status report.

   114 -  1   10/13/04    JWS Order granting Unopposed motion for 14-day extension of time to file
                          closing papers o (113-1); closing papers/stat report w/proposed schedule
                          due 10/22/04.  cc: cnsl

   115 -  1   10/22/04    DEF 1 Unopposed motion for extension of time of 14 days to file closing
                          papers or status report.

   116 -  1   10/26/04    JWS Order granting unoppo mot for ext of time of 14 days to file closing
                          papers by 11/5/04 (115-1). cc: cnsl

   117 -  1   11/09/04    PLF 1; DEF 1-2 Jnt Status Report and proposed schedule for complettion
                          of pretrial activities through the close of discovery.

   117 -  2   11/19/04    JWS Order approving prop sched: disp mots due 2/1/05; pretrial disc to
                          be completed w/i 120 days of receipt by parties of crt final ruling on
                          disp mots fld on 2/1/05. cc: cnsl

   118 -  1   01/31/05    DEF 2 motion for summary judgment regarding liability on cross-claim
                          w/memorandum in support & exhibits a through h, and declaration of
                          counsel attached.

   119 -  1   02/01/05    DEF 1 Notice regarding dispositive mots.

   119 -  2   02/01/05    Clerk's Notice reinstating motion for summary judgment on Union's
                          cross-claim (90-1).
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CIVIL DOCKET ENTRIES FOR CASE F00-0006--CV (JWS)
                     "JOSEPH M. LETARTE V ALASKA AIRLINES INC ET AL"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 120 - 1 | 02/15/05 | DEF 2 opposition (response) to DEF 1 re-noted mot for sj on Union's cross-claim (90-1). |
| 121 - 1 | 02/16/05 | DEF 1 Unopposed motion for extension of time of 14 days (3/1/05) to file oppo to DEF 2's motion for summary judgment regarding liability. |
| 121 - 2 | 02/17/05 | Order granting unoppo mot for ext of time of 14 days (3/1/05) to file oppo to DEF 2's mot for sj re: liability (121-1). cc: cnsl |
| 122 - 1 | 03/02/05 | DEF 1 opposition to DEF 2 motion for summary judgment regarding liability on cross-claim (118-1). |
| 123 - 1 | 03/10/05 | DEF 2 reply to opposition to DEF 2 motion for summary judgment regarding liability on cross-claim (118-1). |
| 124 - 1 | 03/17/05 | JWS Order denying mot for sj on Union's cross-claim (90-1), motn for sj re: liability on cross-claim (118-1). cc: cnsl |
| 125 - 1 | 08/10/05 | JWS Order re: certification of readiness for trial; parties to certify or file a report within 15 days from the date of this order. cc:cnsl |
| 126 - 1 | 08/22/05 | DEF 2 Address Change Notice & firm name change. |
| 127 - 1 | 08/29/05 | DEF 2 Amended Notice of Firm Name Change & Address Change Notice. |
| 128 - 1 | 09/07/05 | DEF 2 Response to Order: Status Report: Unable to certify that settlement has been seriously explored. |
| 129 - 1 | 09/14/05 | JWS Minute Order advising cnsl to communicate w/crt by filing w/clk not letters to chambers; disc to close 10/21/05; dispositive mots ddln 11/10/05; if settl conf is desired joint rpt due by 10/7/05. cc: cnsl |
| 130 - 1 | 10/24/05 | DEF 2 Response to Order: unable to comply with court's order that the parties to file joint report regarding that issue because Alaska Airlines has refused or failed to indicate is preference in this matter. |
| 131 - 1 | 10/26/05 | JWS Minute Order directing cnsl for DEF 1 to respond to DEF 2's advisement to crt by 11/3/05. cc: cnsl |
| 132 - 1 | 11/03/05 | DEF 1 Response to Order/Advisement to crt. |
| 133 - 1 | 11/04/05 | JWS Minute Order that parties shall file stat rpt by 12/5/05. cc: cnsl |